## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | **CRIMINAL ACTION NO: 3:06CR-51-C** |
| **BYRON LEWIS** | **DEFENDANT** |

### REPORT AND RECOMMENDATION

This matter came before the Magistrate Judge for a revocation hearing on March 18, 2008 regarding a petition for alleged violations of supervised release filed by the United States Probation Office (DN 126). There appeared Daniel Kinnicutt on behalf of Bryan R. Calhoun, Assistant United States Attorney, and the defendant, Byron Lewis, in person, with Laura Wyrosdick, Assistant Federal Defender.

The allegations in the petition set forth four separate violations of standard conditions of the defendant's supervised release, which began on November 19, 2007, and are set forth below:

1. The defendant failed to submit a report for the month of November 2007, **by December 5, 2007**, as required.

2. The defendant failed to submit a report for the month of December 2007, **by January 5, 2008**, as required.

3. The defendant failed to submit a report for the month of January 2008, **by February 5, 2008**, as required.

4. The defendant **failed to report his change of residence** to the United States Probation Office prior to leaving his placement at Our Father's House Treatment Center in December, 2007, which is a direct violation of standard condition # 6. The defendant departed his residence without giving required notice.

At the combined preliminary revocation and detention hearing on March 10, 2008, the

defendant executed a waiver of preliminary examination and a waiver of allocution. Counsel for both sides proposed different views regarding a recommendation to the Court resolving this matter. Both counsel for the United States and the defendant agreed to waive the time within which to file objections to this recommendation. In addition, at the final hearing before the undersigned, the defendant, through counsel, admitted to the violations set forth in the petition.

## RECOMMENDATION

After hearing argument of counsel and for the reasons stated on the record, the undersigned Magistrate Judge makes a recommendation to the District Court that the defendant's term of supervised release should not be revoked based on his violation conduct, but that the **conditions of his supervised release be modified** as set forth below.

## CONCLUSION

The undersigned Magistrate Judge recommends to the District Court that the defendant reside for a period of **six (6) months** at the Dismas Charities, (A Residential Re-Entry Center), at 124 W Oak Street, Louisville, Kentucky. All other terms and conditions of the defendant's supervised release previously imposed in this case shall remain in full force and effect.

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant
0 | 30