UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CRIMINAL ACTION NO. 06-51-C**

**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

**V.**                                                  **ORDER**

**BYRON LEWIS,**                                                                                      **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

The Magistrate Judge having issued a Report and Recommendation on defendant's alleged supervised release violations, and the court having fully reviewed the record.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.**

**IT IS FURTHER ORDERED** that the defendant's supervised release is not revoked notwithstanding the violations due to the agreement by the parties.

**IT IS FURTHER ORDERED** that the defendant's supervised release is modified such that the defendant shall reside at Dismas Charities, 124 W. Oak Street, Louisville, Kentucky, for a period of six (6) months.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the Marshal pending his admission to Dismas Charities. The Marshal is directed to transport the defendant to the facility no later than 10:00 a.m. on the date a bed is available. On such date, the defendant shall be released on bond under the conditions now prevailing, and on the further condition that he successfully complete the program. Should he fail to do so, he will be remanded to custody and a further hearing held regarding revocation.

**IT IS FURTHER ORDERED** that upon release from Dismas Charities, the defendant shall remain on supervised release for the period and on the same terms and conditions previously imposed

Signed on  March 31, 2008

**Jennifer B. Coffman, Judge**
**United States District Court**